DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re C.I.B., J.J.P., L.H.P.<br><br>Case Below:<br>175 N.C. App. 309 | No. 109P06 | Respondent's (Mother) PWC to Review the Decision of the COA (COA04-1613) | Denied<br>(04/06/06) |
| In re Election Protest of Wade<br><br>Case Below:<br>Wake County Superior Court | No. 717P05 | 1. Petitioner's (Trudy Wade) Motion for Temporary Stay (COAP05-1116)<br><br>2. Petitioner's (Trudy Wade) Petition for Writ of Supersedeas<br><br>3. Petitioner's (Trudy Wade) PDR (Prior to Determination) Under N.C.G.S. § 7A-31<br><br>4. Petitioner's (Trudy Wade) Motion to Suspend the Rules<br><br>5. Respondent's (Board of Elections) Motion to Vacate Temporary Stay<br><br>6. Petitioner's (Trudy Wade) PWC | 1. Allowed<br>12/27/05<br><br>2. Denied<br>(05/04/06)<br><br>3. Denied<br>(05/04/06)<br><br>4. Denied<br>(05/04/06)<br><br>5. Allowed<br>(05/04/06)<br><br>6. Denied<br>(05/04/06)<br><br>**Parker, C.J.,<br>Martin, J.<br>Edmunds, J.,<br>Recused** |
| In re Foreclosure of Hunt<br><br>Case Below:<br>176 N.C. App. 407 | No. 173P06 | 1. Def's (Martina Clark) NOA Based Upon a Constitutional Question (COA05-178)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex mero motu*<br>(05/04/06)<br><br>2. Denied<br>(05/04/06) |
| Karger v. Wood<br><br>Case Below:<br>174 N.C. App. 703 | No. 008A06 | Def's Motion to Withdraw Appeal (COA05-251) | Allowed<br>03/13/06 |
| Kornegay v. Robinson<br><br>Case Below:<br>176 N.C. App. 19 | No. 153A06 | 1. Def's NOA (Dissent) (COA05-131)<br><br>2. Plt's NOA (Dissent)<br><br>3. Plt's PDR as to Additional Issues<br><br>4. Plt's Motion to Strike<br><br>5. Def's Response to Plt's Motion to Strike and, in the Alternative, PWC | 1. ——<br><br>2. ——<br><br>3. Denied<br>(05/04/06)<br><br>4. Allowed<br>(05/04/06)<br><br>5. Denied<br>(05/04/06) |